ELIZABETH WHITE, Appellant, v. GOLD-FLEET CORPORATION, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CLINTON G. WILBUR, Appellant, v. MORTIMER B. LANE and Others, Respondents. — Order granting motion to dismiss second amended complaint, and judgment entered thereon, affirmed, without costs, in so far as the first cause of action is concerned. Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents and votes for a reversal. In so far as the second cause of action is concerned, order granting motion to dismiss second amended complaint, and judgment entered thereon, reversed upon the law and the facts, without costs, and motion denied, without costs. We cannot say, from a reading of the second cause of action, that the transaction for which compensation is asked by plaintiff is the same transaction for which compensation is asked in the first cause of action. Lazansky, P. J., Rich and Young, JJ., concur; Seeger and Scudder, JJ., dissent.

WILLIAMSON ELECTRIC Co., INC., Appellant, v. S. S. KRESGE COMPANY, etc., Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. The trial court committed prejudicial error in its rulings upon the evidence, more particularly at folios 79–85, 105, 111, 112, 116, 129, 350, 423 and 508. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

FRANK J. BROWN, Respondent, v. HARRY L. GREENBAUM, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay fifteen dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

IDA BROWN, Appellant, v. SAMUEL BROWN, Respondent.— Motion for stay of examination before trial pending appeal granted upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

CARDINAL FURNITURE FACTORIES, INC., Respondent, v. DIANA FURNITURE COMPANY, Appellant.— Motion for leave to submit new proof to sustain warrant of attachment denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

CONTINENTAL SECURITIES COMPANY and CLARENCE H. VENNER, Suing on Behalf of Themselves and of All Other Stockholders of THE BORDEN COMPANY, Similarly Situated, Who May Join with the Plaintiffs and Contribute to the Expense of This Action, Appellants, v. UNION N. BETHELL, LEWIS M. BORDEN, ALBERT T. JOHNSTON, ALBERT G. MILBANK, ARTHUR W. MILBURN, GEORGE L. NICHOLS, SHEPARD RARESHIDE, HENRY C. SHERMAN, ROBERT STRUTHERS and THE BORDEN COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.